**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 7, 2012

No. 11-30590

Lyle W. Cayce
Clerk

CHRISTOPHER J. DRESSER,

Plaintiff - Appellant

v.

OAKMONT INVESTMENT COMPANY, INCORPORATED; AMERICAN
EMPLOYERS' INSURANCE COMPANY; COMMERCIAL UNION
INSURANCE COMPANY,

Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:98-CV-2425

Before JOLLY, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

In this nearly fourteen-year-old case – which has now been appealed, in one context or another, to this court on four occasions – we affirm the district court's ruling that this action is barred by the doctrine of collateral estoppel and that none of the reasons to the contrary asserted by the appellant provide a substantial basis to undermine that holding.

Accordingly, the judgment of the district court is

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.